

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2022

No. 04-21-00372-CV

**EAGLE ROCK TIMBER, INC.,**
Appellant

v.

**ROCK HARD RENTAL, LLC** and Solid Rock Crushing, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 18992B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellees Solid Rock Crushing, LLC and Rock Hard Rentals, LLC have filed a motion for extension of time to file their appellees' brief. The motion is GRANTED. Appellees' brief is due April 12, 2022. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court